*EXHIBIT A*

# OHIO CIVIL RIGHTS COMMISSION
## EMPLOYMENT CHARGE OF DISCRIMINATION

**Charging Party:**

**OCRC Case Number:**

| Your Name (First and Last Name) | Employer Name |
|---|---|
| Casey Smith | Chipotle Mexican Grille |
| Your Street Address | Employer Street Address |
| 415 North Jefferson Avenue | 3292 Elida Road Suite 100 |
| Your City, State and Zip Code | Employer City, State and Zip Code |
| Lima, Ohio 45805 | Lima, Ohio 45805 |
| Your Telephone Number | Employer Telephone Number |
| 567-204-1712 | 419-221-3825 |
| Your Alternate Phone Number (Optional) | County where Employer is located (if in Ohio) |
| | Allen |
| Your Email Address | Total Number of Workers Employed |
| | 30 |

Date(s) of Discrimination (Must have occurred within **TWO YEARS** from the charge filing date)

June 27, 2020

I was discriminated against on the basis of:

| | |
|---|---|
| Race/Color | Age (over the age of 40 ONLY) |
| Sex | National Origin/Ancestry |
| Pregnancy | Military Status |
| Gender Stereotyping | Religion |
| ✔ Disability (DO NOT IDENTIFY) | Retaliation (for protesting discrimination) |

Indicate how you are a member of the group marked above. (Example – If you marked race, identify your race. If you marked age, identify your age and birthdate.) DO NOT IDENTIFY YOUR DISABILITY OR MEDICAL CONDITION.

I have a disabling condition of which my employer was aware.

# OHIO CIVIL RIGHTS COMMISSION
## EMPLOYMENT CHARGE OF DISCRIMINATION

**Charging Party:**

**OCRC Case Number:**

Date of Hire:                                          Position:

January, 2020                                          Crew

I was subjected to:

| | | |
|---|---|---|
| A denial of promotion | Denial of a reasonable accommodation | Harassment (including sexual harassment) |
| A forced resignation | Different terms and conditions of employment | Layoff/Denial of Recall |
| Demotion | ✔ Discharge/Termination | Unequal Pay (based on sex only) |
| Denial/Failure to hire | Discipline (Write-up, Suspension, etc) | Other |

If you have marked other, please briefly describe the discriminatory act.

Please write a concise statement summarizing the act(s) of discrimination and why you believe it is discrimination. In your statement, include information as to who committed the act of discrimination (name and position), any reason given for the act of discrimination, when the acts occurred and names of others treated more favorably than you.

I was hired by Respondent by the GM in January of 2020 and was advised that I was on a fast track to management. I suffer from a disabling condition that significantly affects major life activities. Notwithstanding my condition, I was able to safely and substantially perform my crew position and I was at all times meeting my employer's legitimate expectations. My condition required me to be hospitalized for three days in late June of 2020. When I returned, I was not allowed in the building and wrongfully accused of harassing employees. I never did or said anything that could in any way be construed as harassment. Similarly situated non-disabled employees have been more favorably treated by Respondent and were not subjected to unjustified termination.

# OHIO CIVIL RIGHTS COMMISSION
# EMPLOYMENT CHARGE OF DISCRIMINATION

**Charging Party:**

**OCRC Case Number:**

**Please Note:**
Under division (A) of section 4112.052 of the Ohio Revised Code, you are prohibited from bringing a civil action under this chapter unless one of the following applies:

    a) The conditions stated in division (B)(1) of section 4112.052 of the Ohio Revised Code are satisfied; or

    b) An exception specified in division (B)(2) of section 4112.052 of the Ohio Revised Code applies.

**Please initial to indicate you have read and agreed to the statements below:**
I understand that I will not be able to sign this form on-line. A copy will be mailed to me for a notarized signature. An investigation **WILL NOT** begin until the Ohio Civil Rights Commission receives a **SIGNED AND NOTARIZED CHARGE** from me. **INITIALS**   CS

**The following section is to be completed only in the presence of a notary or Ohio Civil Rights Commission Representative.**

I declare under penalty of perjury that I have read the above charge and that it is true to the best of my knowledge, information and belief. I will advise the agency/agencies if I change my address or telephone number and that I will cooperate fully in the processing of my charge in accordance to their procedures.

_____    _____
Charging Party                                       Date

Subscribed and Sworn to me on this _____ day of _____ of _____

_____
Ohio Civil Rights Commission Representative or Notary

## Case Options and Intentions Questionnaire

Ohio law, under ORC 4112.052(A), prohibits individuals from bringing a civil action (lawsuit) in state court until they have filed a charge with the Ohio Civil Rights Commission ("OCRC" or "Commission") and received a Notice of Right to Sue, with some exceptions[1]. However, if Charging Parties wish to bring a civil action in state court as soon as possible, they can request a Notice of Right to Sue immediately. If Charging Parties request a Notice of Right to Sue at the time of filing a charge of discrimination, the Commission can issue that notice after the expiration of 60 days from the date the charge was filed.

If the Charging Parties decide to bring a civil action in state court right away, during the 60-day waiting period, the Charging Parties can take advantage of the Commission's free and voluntary mediation program.

Charging Parties may decide to continue through the full OCRC investigation process and then decide to file a civil action in state court after the Commission makes an initial determination or otherwise dismisses the charge.

In order to process your charge effectively and efficiently, OCRC asks for Charging Parties to voluntarily inform the Commission of their intentions at the time of filing their charge(s). This information will not be shared with Respondents until all case records are made public. Any intentions stated below are not binding until you request and receive a Notice of Right to Sue, in writing. Please note that your case will not be impacted should your plans change.

Please check one, if applicable:

I plan to request a Notice of Right to Sue. (You will still need to officially request a Notice of Right to Sue in writing.)

I plan to request mediation, and if mediation is unsuccessful, I plan to request a Notice of Right to Sue.

I plan to request a full investigation conducted by OCRC, which may include mediation.

---

[1] Exceptions are: 1) the person has received a Notice of Right to Sue from the Equal Employment Opportunity Commission (EEOC);
(2) The Commission fails to issue a Notice of Right to Sue within 45 days after one is requested and following the 60-day hold period;
(3) The civil action is seeking only injunctive relief; or
(4) The case has a Probable Cause finding and the Charging Party has withdrawn the case.