# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**CASEY SMITH,**      CASE NO. 3:22 CV 1361

    Plaintiff,

    v.      JUDGE JAMES R. KNEPP II

**CHIPOTLE MEXICAN GRILLE, INC.,**

    Defendant.      **ORDER**

The undersigned grants Plaintiff's application to commence suit without the prepayment of costs, fees, or security in the above-captioned case (Doc. 2).

IT IS SO ORDERED.

    s/ *James R. Knepp II*
    UNITED STATES DISTRICT JUDGE